IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

     v.

MARK WOGSLAND.

Case No. 19-cv-481

**DEFENDANT MARK WOGSLAND'S**
**LOCAL RULE 7.1 DISCLOSURE STATEMENT**

The undersigned, counsel of record for Mark Wogsland, defendant, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1.     The full name of every party or amicus the attorney represents in the action:

     **Mark Wogsland**.

2.     If such a party or amicus is a corporation, identify any parent corporation and any publicly held corporation owning 10% or more of its stock:

     **Party is not a corporation**.

3.     The names of all law firms whose attorneys will appear, or are expected to appear, for the party in this Court:

     **Ryan S. Hedges**
     **Junaid A. Zubairi**
     **Jonathon P. Reinisch**
     **Vedder Price P.C.**
     **222 N. LaSalle St.**
     **Chicago, IL 60601**

Respectfully submitted,

MARK WOGSLAND

By:   /s/ Ryan S. Hedges
         One of His Attorneys

Ryan S. Hedges
Junaid A. Zubairi
Jonathon P. Reinisch
Vedder Price P.C.
222 North LaSalle Street
Chicago, Illinois 60601
T:  +1 312 609 7500

Dated:  April 9, 2019

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing motion was served on all attorneys of record in the above captioned case via the CM/ECF electronic filing system on April 9, 2019.

/s/ Ryan S. Hedges
Ryan S. Hedges